**No. 52256.**—T. Nishimi Co. v. United States, protests 72576–K and 48552–K (Los Angeles).

Opinion by COLE, J. In accordance with stipulation of counsel that merchandise consists of dried and unsalted fish the same in all material respects as that passed upon in Abstract 50242, the claim at 1¼ cents per pound under paragraph 717 (c) was sustained.

**No. 52257.**—Dolliff & McGrath et al. v. United States, protests 130047–K, etc. (Boston, etc.).

Opinion by COLE, J. The protests were dismissed.

**No. 52258.**—Loewengart & Co. et al. v. United States, protests 125765–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.